M**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

**WILLIE LESTER,**

      **Plaintiff,**

    **vs.**                            **Civil Action 2:11-CV-0048**
                                           **Judge Marbley**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 27, 2012 Order, the Court ADOPTED AND AFFIRMED the Report and Recommendation. The decision of the Commissioner of Social Security is AFFIRMED. This action is DISMISSED. Final Judgment entered pursuant to Sentence 4 of 42 U.S.C. § 405(g).

Date:  **February 27, 2012**        **James Bonini, Clerk**

                                **s/Betty L. Clark**
                                Betty L. Clark/Deputy Clerk